| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, MARK W. | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>07/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE   2009 JUL 13 A 11: 23   RECEIVED

Bennett, Mark W

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | Aspen Publishing | $4,000.00 |
| 2. 2008 | Drake University Law School | $3,600.00 |
| 3. 2008 | Nebraska College of Law | $6,058.09 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Government | 1/3/08-1/5/08 | Cedar Rapids, IA | Cthouse project meeting | airfare, lodging, meals |
| 2. | American Conference Institute | 1/22/08-1/24/08 | New York, NY | 2008 EPLI Conference | airfare, lodging, meals |
| 3. | American College of Trial Lawyers | 1/24/08-1/26/08 | Frisco, TX | Nat. Symposium | airfare, lodging, meals |
| 4. | Federal Government | 2/18/08-2/20/08 | Cedar Rapids, IA | Design Workshop | aifare, lodging, meals |
| 5. | Federal Judicial Center | 3/9/08-3/12/08 | Redondo Beach, CA | Workshop for Dist Judges | airfare, lodging, meals |
| 6. | Federal Judicial Center | 3/17/08-3/19/08 | New York, NY | Workshop on Emp Law | mileage, lodging, meals |
| 7. | American Bar Association | 3/26/08-3/29/08 | Tucson, AZ | Nat. Conf. on EEO Law | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

| | | | | |
|---|---|---|---|---|
| 8. Federal Judicial Center | 3/30/08-4/2/08 | Cambridge, MA | Law and Society Seminar | airfare, lodging, meals |
| 9. Federal Government | 4/15/08-4/17/08 | Washington, DC | Long Range Planning Mtg. | airfare, lodging, meals |
| 10 Federal Government | 4/20/08-4/21/08 | Washington, DC | Defender Services Meeting | airfare, lodging, meals |
| 11 Minnesota CLE | 5/27/08-5/30/08 | St. Paul, MN | Upper Midwest Emp. Law In | airfare, lodging, meals |
| 12 Pacific Northwest Labor & Employment Law | 6/4/08-6/6/08 | Seattle, WA | Pac Coast Labor & Emp Law | airfare, lodging, meals |
| 13 Federal Government | 6/8/08-6/11/08 | Long Island, NY | Def. Services Meeting | airfare, lodging, meals |
| 14 Federal Government | 6/18/08-6/21/08 | Las Vegas, NV | InfoComm AV show | airfare, lodging, meals |
| 15 Federal Government | 6/24/08-6/27/08 | Long Beach, CA | Nat. Sent. Policy Inst. | airfare, lodging, meals |
| 16 Federal Government | 7/20/08-7/22/08 | St. Louis, MO | Courtroom Mock-up | airfare, lodging, meals |
| 17 Federal Government | 8/11/08-8/15/08 | Chicago, IL | 8th Cir. Judicial Conf. | airfare, lodging, meals |
| 18 Federal Government | 8/17/08-8/18/08 | St. Louis, MO | Courthouse Meeting | airfare, lodging, meals |
| 19 American Bar Association | 9/10/08-9/14/08 | Denver, CO | ABA Annual Meeting | airfare, lodging, meals |
| 20 Iowa Intellectual Property Law Assoc. | 10/9/08-10/10/08 | Des Moines, IA | IA Intell. Prop. Law Mtg | mileage, lodging, meals |
| 21 Federal Government | 1020/08-10/21/08 | Cedar Rapids, IA | Site Peer Review | airfare, lodging, meals |
| 22 Federal Government | 12/9/08-12/14/08 | Charleston, SC | Def. Services Comm Mtg | airfare, lodging, meals |
| 23 University of Nebraska Law School | Spring Semeseter | Lincoln, NE | Co-Teaching law class | mileage, lodging, meals |
| 24 Drake Law School | Spring Semester | Des Moines, IA | Co-Teaching law class | mileage, lodging, meals |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (IRA/Schwab) | | | | | | | | | |
| 2. Aim Global Health Care | | None | J | T | | | | | |
| 3. Buffalo Small Cap Fund | | None | | | Sold | 1/15 | J | C | |
| 4. Cambiar Opportunity Fund | | None | | | Sold | 1/15 | J | D | |
| 5. CGM Focus Fund | A | Dividend | J | T | Buy (add'l) | 1/29 | J | | |
| 6. | | | | | Buy (add'l) | 2/21 | J | | |
| 7. Columbia Select Opportunity Fund | A | Dividend | J | T | | | | | |
| 8. Columbia Value & Restructering | A | Dividend | J | T | | | | | |
| 9. Excelsior Equity Opportunities Fund | | None | | | Merged (with line 7) | | | | |
| 10. Excelsior Value and Restructering Fund | | None | | | Merged (with line 8) | | | | |
| 11. Harding Loevner Emerging | A | Dividend | J | T | Sold (part) | 7/28 | J | A | |
| 12. | | | | | Sold (part) | 8/27 | J | B | |
| 13. | | | | | Sold (part) | 10/29 | J | B | |
| 14. Janus Overseas Fund | | None | | | Sold (part) | 9/26 | J | B | |
| 15. | | | | | Sold | 11/24 | J | B | |
| 16. Metzler/Payden European | | None | | | Sold (part) | 4/24 | J | B | |
| 17. | | | | | Sold (part) | 6/24 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 7/28 | J | B | |
| 19. Rainier Small/Mid Cap Equity Portfolio | | None | J | T | Sold (part) | 5/23 | J | B | |
| 20. | | | | | Sold (part) | 11/24 | J | A | |
| 21. | | | | | Sold (part) | 12/30 | J | B | |
| 22. T Rowe Price Capital | | None | | | Sold | 1/15 | J | D | |
| 23. Wasatch Internationl Growth Fund | | None | | | Sold | 1/15 | J | B | |
| 24. Schwab Money Market Fund | | None | J | T | | | | | |
| 25. Non-IRA (Fidelity Account) | | | | | | | | | |
| 26. ANTX | | None | J | T | | | | | |
| 27. Fidelity Emerging Markets | A | Dividend | J | T | Buy (add'l) | 11/4 | J | | |
| 28. Franklin Income Class C | A | Dividend | J | T | | | | | |
| 29. FundX Aggressive Upgrader Fund | | None | J | T | Buy | 1/11 | J | | |
| 30. Hartford Capital Appreciation CL C | A | Dividend | J | T | | | | | |
| 31. JDS Uniphase | | None | J | T | | | | | |
| 32. Surebeam Corp. | | None | J | T | | | | | |
| 33. Wasatch Core Growth | | None | | | Sold | 1/10 | J | D | |
| 34. WasatchUltra Growth | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Williams Co's Inc. | | None | | | Sold | 1/14 | J | D | |
| 36. Miscellaneous Holdings | | | | | | | | | |
| 37. Iowa College Savings Account-- Mark Bennett custodian | | None | K | T | Contribute | | J | | |
| 38. Iowa College Savings Account . . ████ custodian | | None | K | T | Contribute | | J | | |
| 39. CKG ACCT; Fidelity, Boston MA | A | Interest | J | T | | | | | |
| 40. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 41. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 42. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 43. Belcour Pension Invest VI | | None | J | T | | | | | |
| 44. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |
| 45. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 46. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 47. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 48. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 49. IRA Fidelity ████ | | | | | | | | | |
| 50. Aim International Small Company | A | Dividend | J | T | Sold (part) | 9/30 | J | | |
| 51. Allianceber International | | None | | | Sold (part) | 1/2 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/14 | J | | |
| 53. Baron Partners Fund | | None | J | T | | | | | |
| 54. Berkshire Hathaway Inc DEL CL B | | None | K | T | | | | | |
| 55. FBR Focus Fund * see notes | A | Dividend | J | T | Sold (part) | 9/26 | J | A | |
| 56. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 57. Fidelity Convertible Securites | | None | | | Sold | 2/29 | J | | |
| 58. Fidelity Emerging Markets | | None | J | T | Sold (part) | 2/5 | J | B | |
| 59. Fidelity New Millenium | | None | | | Sold | 2/29 | J | | |
| 60. First Eagle Global Class C | | None | J | T | Buy | 2/26 | J | | |
| 61. | | | | | Buy (add'l) | 5/2 | J | | |
| 62. | | | | | Buy (add'l) | 10/10 | J | | |
| 63. | | | | | Buy (add'l) | 10/14 | J | | |
| 64. | | | | | Buy (add'l) | 10/17 | J | | |
| 65. | | | | | Buy (add'l) | 10/21 | J | | |
| 66. First Potomac RLTY | | None | J | T | Buy | 11/13 | J | | |
| 67. Franklin Income Class C | A | Dividend | | | Sold | 3/5 | J | A | |
| 68. FundX Aggressive Upgrader Fund | | None | J | T | Buy | 1/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Harding Loevner Emerging Market | | None | | | Sold (part) | 2/5 | J | B | |
| 70. | | | | | Sold (part) | 7/16 | J | A | |
| 71. | | | | | Sold (part) | 9/26 | J | A | |
| 72. | | | | | Sold | 11/12 | J | | |
| 73. Ishares Inc. MSCI BRazil Index Fund | A | Dividend | J | T | Buy | 3/10 | J | | |
| 74. Lord Abbett Develop Growth | | None | J | T | Sold (part) | 9/30 | J | | |
| 75. Matthews Pacific Tiger Fund | A | Dividend | J | T | Sold (part) | 1/2 | J | C | |
| 76. Metzler Payden | | None | J | T | Sold (part) | 4/24 | J | | |
| 77. Neurberger Berman Partners Trust | A | Dividend | J | T | | | | | |
| 78. Oakmark Equity & Income FD | A | Dividend | K | T | Buy (add'l) | 9/18 | J | | |
| 79. | | | | | Buy (add'l) | 10/14 | J | | |
| 80. ProShares Ultra Short Consumer Services | A | Dividend | J | T | Buy | 3/7 | J | | |
| 81. | | | | | Sold (part) | 9/22 | J | | |
| 82. | | | | | Sold (part) | 10/15 | J | A | |
| 83. | | | | | Buy (add'l) | 10/21 | J | | |
| 84. | | | | | Sold (part) | 11/17 | J | A | |
| 85. | | | | | Buy (add'l) | 11/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/20 | J | | |
| 87. | | | | | Buy (add'l) | 11/24 | J | | |
| 88. | | | | | Sold (part) | 11/24 | J | A | |
| 89. | | | | | Buy (add'l) | 11/25 | J | | |
| 90. | | | | | Sold (part) | 11/25 | J | B | |
| 91. | | | | | Sold (part) | 11/25 | J | A | |
| 92. | | | | | Buy (add'l) | 11/28 | J | | |
| 93. ProShares Ultra Short FINLS | A | Dividend | J | T | Buy | 3/7 | J | | |
| 94. | | | | | Sold (part) | 7/16 | J | A | |
| 95. | | | | | Sold (part) | 9/22 | J | A | |
| 96. | | | | | Sold (part) | 10/15 | J | A | |
| 97. | | | | | Buy (add'l) | 11/25 | J | | |
| 98. | | | | | Sold (part) | 11/25 | J | A | |
| 99. | | | | | Buy (add'l) | 11/25 | J | | |
| 100. | | | | | Buy (add'l) | 12/1 | J | | |
| 101. ProShares Ultra Short MSCI Emerging Mkt | A | Dividend | J | T | Buy | 3/7 | J | | |
| 102. | | | | | Buy (add'l) | 3/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 9/22 | J | A | |
| 104. | | | | | Sold (part) | 10/20 | J | A | |
| 105. ProShares Ultra Short Oil & Gas | A | Dividend | | | Buy | 4/29 | J | | |
| 106. | | | | | Sold | 8/4 | J | A | |
| 107. Oppenheimer Gold & SPL Minerals | | None | J | T | Buy | 1/8 | J | | |
| 108. Perkins Discovery | | None | J | T | | | | | |
| 109. Quantitative Emerging Markets | A | Dividend | J | T | | | | | |
| 110. T. Rowe Price | A | Dividend | J | T | Buy (add'l) | 10/15 | J | | |
| 111. Van Eck Emerging Markets | A | Dividend | J | T | | | | | |
| 112. Vanguard Inflation | A | Dividend | K | T | Buy (add'l) | 3/3 | J | | |
| 113. Wasatch Hoisington US | A | Dividend | J | T | | | | | |
| 114. IRA Smith Barney ███ | | | | | | | | | |
| 115. Bank Deposit Program * see notes | | None | | | | | | | |
| 116. Citibank NA South Dakota Bank Deposit Program | | None | J | T | Open | 9/16 | J | | |
| 117. Constellation Engery Grp | | None | J | T | Buy | 6/20 | J | | |
| 118. Diamonds Trust | A | Dividend | J | T | Buy | 7/31 | J | | |
| 119. First Eagle Global Fund | | None | J | T | Buy | 2/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 5/19 | J | | |
| 121. | | | | | Buy (add'l) | 5/19 | J | | |
| 122. Franklin Income Fund Class C | A | Dividend | K | T | Buy (add'l) | 12/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/18 | J | | |
| 124. Hartford Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 125. Henderson European Focus Fund | A | Dividend | J | T | | | | | |
| 126. ING Groep | A | Dividend | J | T | Buy | 6/10 | J | | |
| 127. Legg Mason Value Trust | | None | | | Sold | 1/2 | J | | |
| 128. National Bank of Greece | A | Dividend | J | T | Buy | 5/30 | J | | |
| 129. | | | | | Buy (add'l) | 5/30 | J | | |
| 130. Olstein All Cap Value Fund | | None | | | Sold | 1/2 | K | | |
| 131. Oppenheimer Gold and Special Minderals Class C | A | Dividend | J | T | Buy | 1/3 | J | | |
| 132. Prudential Financial Inc. | | None | J | T | Buy | 6/24 | J | | |
| 133. Washington Mutual Bank COD | | None | K | T | | | | | |
| 134. Western Asset Money Market Fund | | None | | | Redeemed (part) | 2/7 | J | | |
| 135. | | | | | Redeemed (part) | 5/22 | J | | |
| 136. | | | | | Redeemed (part) | 6/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed (part) | 6/17 | J | | |
| 138. | | | | | Redeemed (part) | 8/5 | J | | |
| 139. | | | | | Redeemed (part) | 9/22 | J | | |
| 140. | | | | | Redeemed | 12/23 | J | | |
| 141. Wilmington Savings Fund CD * see notes | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

FBR Focus Fund (#55) was inadvertantly reported as completely sold in 2007.  The 2007 FDR report should have indicated only a partial sale on 12.28.07

Bank Deposit Program (#115) was closed in September of 2007.

Wilmington Savings Fund PC (#141) matured in August of 2007.  The 2007 FDR report should have indicated this.  Thus, it is no longer owned.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544